# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE No. 2:13-cr-0224** |
| **VERSUS** | : | **JUDGE ROBERT G. JAMES** |
| **SETH RYAN BIVENS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 86] of the Magistrate Judge previously filed herein, and after an independent determination of the issues and review of the record, including the objections filed by movant Seth Ryan Bivens, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the instant § 2255 motion [Doc. 72] be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2255(f).

**THUS DONE AND SIGNED** in Chambers this 23rd day of May, 2018.

*[signature: Robert G. James]*
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**